NO. 07-02-0457-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

SEPTEMBER 18, 2003

_____


JAY N. GIANNUKOS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE


_____

FROM THE 359TH DISTRICT COURT OF MONTGOMERY COUNTY;

NO. 02-03-02101-CR; HONORABLE JAMES H. KEESHAN, JUDGE

_____

Before QUINN and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Pursuant to pleas of guilty, appellant Jay N. Giannukos was convicted in one judgment on separate counts of unlawful possession of a firearm by a felon and possession of a controlled substance. By his notice of appeal, he challenged both convictions. Now pending before this Court is his motion to dismiss the appeal. Pursuant

to Rule 42.2(a) of the Texas Rules of Appellate Procedure, the request to withdraw the notice of appeal is signed by appellant.  No decision of this Court having been delivered to date, we grant the motion.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Accordingly, the appeal is dismissed.

Don H. Reavis
Justice

Do not publish.